**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Peter Michael Guevara,                                              No. 26-cv-1273 (KMM/SGE)

      Plaintiff,

v.                                                                                          **ORDER**

Eric C. Tostrud, et al.,

      Defendants.

---

On April 28, 2026, the Court dismissed this action without prejudice pursuant to 28 U.S.C. § 1915A(b), concluding that Plaintiff Peter Michael Guevara's claims were barred by the rule of *Heck v. Humphrey*, 512 U.S. 477, 486–87 (1994). Mr. Guevara filed a notice of appeal. This matter is now before the Court on his application to proceed in forma pauperis (IFP) on appeal (Dkt. 17) and his motion to accept and file certified trust account statement (Dkt. 18). The motion to accept the filing of the certified trust account statement is granted. However, the appellate IFP application is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal in this matter is not taken in good faith. *See Smith v. Eischen*, No. 23-cv-357 (JRT/DJF), 2024 WL 2818335, at *1 (D. Minn. June 3, 2024) (an appeal is not taken in good faith when "the claims to be decided on appeal are factually or legally frivolous" (citing *Neitzke v. Williams*, 490 U.S. 319, 325 (1989))).

1

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The Motion to Accept and File Certified Trust Account Statement (Dkt. 18) is **GRANTED**.

2. The Application to Proceed In Forma Pauperis on Appeal (Dkt. 17) is **DENIED**.

Date: June 22, 2026                    *s/Katherine Menendez*
                                       Katherine Menendez
                                       United States District Judge

2